■ In the Matter of DAIMLERCHRYSLER CORP., Petitioner, v LOUIS B. YORK, Respondent. [823 NYS2d 116]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Sweeny, JJ.